# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RONALD BEMIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MRSS INC.,<br><br>Defendant. | Case No: 1:25-cv-03485-JPB |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Ronald Bemis hereby voluntarily dismisses all of his claims against Defendant MRSS Inc. in this action without prejudice.

Respectfully submitted this 14th day of July, 2025.

                                            */s/ T. Brandon Waddell*
                                            T. Brandon Waddell
                                            Georgia Bar No. 252639
                                            Annie M. Boring
                                            Georgia Bar No. 209732
                                            **CAPLAN COBB LLC**
                                            75 Fourteenth Street NE, Suite 2700
                                            Atlanta, Georgia 30309
                                            Tel: (404) 596-5600
                                            Fax: (404) 596-5604
                                            bwaddell@caplancobb.com
                                            aboring@caplancobb.com

Brittany S. Scott
(admitted *pro hac vice*)
**SMITH KRIVOSHEY, PC**
166 Geary Street, Suite 1500-1507
San Francisco, California 94108
Tel: (415) 839-7077
Fax: (888) 410-0415
brittany@skclassactions.com

*Counsel for Plaintiff and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I caused a true and correct copy of the foregoing document to be filed with the clerk's office by this Court's CM/ECF system which will serve a true and correct copy of the same upon all counsel of record.

This 14th day of July, 2025.

>	*/s/ T. Brandon Waddell*
>	T. Brandon Waddell
>	Georgia Bar No. 252639
>
>	*Counsel for Plaintiff and the Proposed Class*